# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                              §        Case  No. 10-39006-DRC
                                                    §
GLENDALE ASSOCIATES LTD                             §
                                                    §
                                                    §
                Debtor                              §

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on
   08/31/2010.  The undersigned trustee was appointed on 08/31/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the
   debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be
   abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report
   showing the disposition of all property of the estate is attached as **Exhibit A**.

4.      The trustee realized gross receipts of                               $30,477.23

        Funds were disbursed in the following amounts:

        Payments made under an interim distribution              $0.00
        Administrative expenses                                 $46.76
        Bank service fees                                      $670.65
        Other Payments to creditors                             $0.00
        Non-estate funds paid to 3rd Parties                    $0.00
        Exemptions paid to the debtor                           $0.00
        Other payments to the debtor                            $0.00

        Leaving a balance on hand of[1]                      $29,759.82

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was <u>02/04/2011</u> and the deadline for filing government claims was <u>02/04/2011</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$3,797.72</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$3,797.72</u>, for a total compensation of <u>$3,797.72</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00</u>, for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>07/20/2012</u>                     By:   <u>/s/ David E. Grochocinski</u>
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:    1                    Exhibit A

| Case No.: | 10-39006-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | GLENDALE ASSOCIATES, LTD | | Date Filed (f) or Converted (c): | 08/31/2010 (f) |
| For the Period Ending: | 7/20/2012 | | §341(a) Meeting Date: | 11/02/2010 |
| | | | Claims Bar Date: | 02/04/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | CHASE BANK | $28,543.44 | $28,543.44 | | $30,473.56 | FA |
| 2 | ACCOUNTS RECEIVABLE | $11,647.00 | $11,647.00 | DA | $0.00 | FA |
| 3 | 1999 DODGE VAN | $1,500.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned                (u) | Unknown | Unknown | | $3.67 | Unknown |

| | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $41,690.44 | $40,190.44 | | $30,477.23 | $0.00 |

**Major Activities affecting case closing:**
   CLEARED BANK ACCOUNT; A/R INVESTIGATIONS TO DETERMINE IF OTHER FUNDS ARE DUE; WAITING FOR RETURNS

**Initial Projected Date Of Final Report (TFR):**    06/30/2012          **Current Projected Date Of Final Report (TFR):**    09/30/2012          /s/ DAVID E. GROCHOCINSKI

                                                                                                      DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-39006-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | Money Market Acct #: | ******0665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 11/04/2010 | (1) | GLENDALE ASSOCIATES LTD | TURNOVER OF BANK ACCOUNT | 1129-000 | $30,473.56 | | $30,473.56 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $30,473.77 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,474.02 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,474.27 |
| 02/15/2011 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-39006, Bond#016026455 | 2300-000 | | $20.07 | $30,454.20 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.23 | | $30,454.43 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,454.68 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,454.93 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.18 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.43 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.68 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $58.41 | $30,397.27 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,397.52 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $70.80 | $30,326.72 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($2.09) | $30,328.81 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,329.05 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $62.32 | $30,266.73 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,266.98 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $60.12 | $30,206.86 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,207.10 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $66.21 | $30,140.89 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,141.14 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $61.93 | $30,079.21 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,079.46 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $65.75 | $30,013.71 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $30,013.71 | $0.00 |
| | | | **SUBTOTALS** | | $30,477.23 | $30,477.23 | |

Exhibit B

**FORM 2**
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-39006-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | Money Market Acct #: | ******0665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $30,477.23 | $30,477.23 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $30,013.71 | |
| | | | Subtotal | | $30,477.23 | $463.52 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $30,477.23 | $463.52 | |

| For the period of 8/31/2010 to 7/20/2012 | | For the entire history of the account between 11/04/2010 to 7/20/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,477.23 | Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 | Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $463.52 | Total Compensable Disbursements: | $463.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $463.52 | Total Comp/Non Comp Disbursements: | $463.52 |
| Total Internal/Transfer Disbursements: | $30,013.71 | Total Internal/Transfer Disbursements: | $30,013.71 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-39006-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | Checking Acct #: | ******0666 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | TOTALS: | | | $0.00 | $0.00 | $0.00 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $0.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $0.00 | |

| For the period of 8/31/2010 to 7/20/2012 | | For the entire history of the account between 11/04/2010 to 7/20/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-39006-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4826 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/31/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $30,013.71 | | $30,013.71 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $26.69 | $29,987.02 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.91 | $29,951.11 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $49.89 | $29,901.22 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.13 | $29,856.09 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.17 | $29,807.92 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.10 | $29,759.82 |

|  |  |  |
|---|---|---|
| TOTALS: | $30,013.71 | $253.89 | $29,759.82 |
| Less: Bank transfers/CDs | $30,013.71 | $0.00 |
| Subtotal | $0.00 | $253.89 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $253.89 |

| For the period of 8/31/2010 to 7/20/2012 | | For the entire history of the account between 02/07/2012 to 7/20/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $30,013.71 | Total Internal/Transfer Receipts: | $30,013.71 |
| | | | |
| Total Compensable Disbursements: | $253.89 | Total Compensable Disbursements: | $253.89 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $253.89 | Total Comp/Non Comp Disbursements: | $253.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 10-39006   Doc 34   Filed 09/04/12   Entered 09/04/12 10:16:03   Desc Main
FORM 2   Page No:  5         Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-39006-DRC | | | **Trustee Name:** | David E. Grochocinski | |
| **Case Name:** | GLENDALE ASSOCIATES, LTD | | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | ******4826 | | | **Checking Acct #:** | ******0601 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | DDA | |
| **For Period Beginning:** | 8/31/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 7/20/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $30,477.23 | $717.41 | $29,759.82 |

| For the period of 8/31/2010 to 7/20/2012 | | For the entire history of the case between 08/31/2010 to 7/20/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,477.23 | Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 | Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $30,013.71 | Total Internal/Transfer Receipts: | $30,013.71 |
| | | | |
| Total Compensable Disbursements: | $717.41 | Total Compensable Disbursements: | $717.41 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $717.41 | Total Comp/Non Comp Disbursements: | $717.41 |
| Total Internal/Transfer Disbursements: | $30,013.71 | Total Internal/Transfer Disbursements: | $30,013.71 |

CLAIM ANALYSIS REPORT

| Case No. | 10-39006-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | Date: | 7/20/2012 |
| Claims Bar Date: | 02/04/2011 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60451 | 07/19/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,797.72 | $3,797.72 | $0.00 | $0.00 | $0.00 | $3,797.72 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC 2150 E LAKE COOK RD SUITE 560 BUFFALO GROVE IL 60089 | 07/19/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $1,902.50 | $1,902.50 | $1,902.50 | $0.00 | $0.00 | $0.00 | $1,902.50 |
| | INNOVALAW, PC 1900 RAVINIA PLACE ORLAND PARK IL 60462 | 07/19/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $40.35 | $40.35 | $40.35 | $0.00 | $0.00 | $0.00 | $40.35 |
| | INNOVALAW, PC 1900 RAVINIA PLACE ORLAND PARK IL 60462 | 07/19/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $1,447.50 | $1,447.50 | $0.00 | $0.00 | $0.00 | $1,447.50 |
| 3 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 02/14/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $2,199.71 | $2,199.71 | $0.00 | $0.00 | $0.00 | $2,199.71 |
| 1 | DEPARTMENT OF THE TREASURY Internal Revenue Service PO Box 21126 Philadelphia PA 19101 | 12/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | LABORERS' PENSION AND WELFARE FUNDS Office of Fund Counsel 111 West Jackson Blvd., Suite 1415 Chicago IL 60604 | 02/04/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $563,335.18 | $563,335.18 | $0.00 | $0.00 | $0.00 | $563,335.18 |

Claim Notes: (2-1) Benefit contributions, dues and wages

CLAIM ANALYSIS REPORT

Page No:  2

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 10-39006-DRC | |
| **Case Name:** | GLENDALE ASSOCIATES, LTD | |
| **Claims Bar Date:** | 02/04/2011 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 7/20/2012 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $572,722.96 | $572,722.96 | $0.00 | $0.00 | $0.00 | $572,722.96 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| | |
|---|---|
| **Case No.** | 10-39006-DRC |
| **Case Name:** | GLENDALE ASSOCIATES, LTD |
| **Claims Bar Date:** | 02/04/2011 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 7/20/2012 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,902.50 | $1,902.50 | $0.00 | $0.00 | $0.00 | $1,902.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $40.35 | $40.35 | $0.00 | $0.00 | $0.00 | $40.35 |
| Attorney for Trustee Fees (Trustee Firm) | $1,447.50 | $1,447.50 | $0.00 | $0.00 | $0.00 | $1,447.50 |
| Claims of Governmental Units | $2,199.71 | $2,199.71 | $0.00 | $0.00 | $0.00 | $2,199.71 |
| General Unsecured § 726(a)(2) | $563,335.18 | $563,335.18 | $0.00 | $0.00 | $0.00 | $563,335.18 |
| Trustee Compensation | $3,797.72 | $3,797.72 | $0.00 | $0.00 | $0.00 | $3,797.72 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      10-39006-DRC
Case Name:     GLENDALE ASSOCIATES LTD
Trustee Name:  David E. Grochocinski

Balance on hand: _____ $29,759.82

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $29,759.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $3,797.72 | $0.00 | $3,797.72 |
| INNOVALAW, PC, Attorney for Trustee Fees | $1,447.50 | $0.00 | $1,447.50 |
| INNOVALAW, PC, Attorney for Trustee Expenses | $40.35 | $0.00 | $40.35 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $1,902.50 | $0.00 | $1,902.50 |

Total to be paid for chapter 7 administrative expenses: _____ $7,188.07
Remaining balance: _____ $22,571.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $22,571.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,199.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Payment |
|---|---|---|---|---|

| | | | Date | |
|---|---|---|---|---|
| 3 | Illinois Department of Revenue | $2,199.71 | $0.00 | $2,199.71 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $2,199.71 |
| Remaining balance: | $20,372.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $563,335.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Laborers' Pension and Welfare Funds | $563,335.18 | $0.00 | $20,372.04 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $20,372.04 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |