**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 10-39006-DRC
         §
GLENDALE ASSOCIATES LTD   §
         §
         §
         §
Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 10/12/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/04/2012            By:   /s/ David E. Grochocinski
                                            (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-39006-DRC |
|---|---|---|
| | § | |
| GLENDALE ASSOCIATES LTD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $30,477.23
*and approved disbursements of*     $717.41
*leaving a balance on hand of[1]:*     $29,759.82

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $29,759.82

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $3,797.72 | $0.00 | $3,797.72 |
| INNOVALAW, PC, Attorney for Trustee Fees | $1,447.50 | $0.00 | $1,447.50 |
| INNOVALAW, PC, Attorney for Trustee Expenses | $40.35 | $0.00 | $40.35 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $1,902.50 | $0.00 | $1,902.50 |

Total to be paid for chapter 7 administrative expenses:     $7,188.07
Remaining balance:     $22,571.75

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $22,571.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,199.71 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Illinois Department of Revenue | $2,199.71 | $0.00 | $2,199.71 |

Total to be paid to priority claims: $2,199.71
Remaining balance: $20,372.04

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $563,335.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Department of the Treasury | $0.00 | $0.00 | $0.00 |
| 2 | Laborers' Pension and Welfare Funds | $563,335.18 | $0.00 | $20,372.04 |

Total to be paid to timely general unsecured claims: $20,372.04
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-39006-DRC
Glendale Associates Ltd.                                            Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Sep 05, 2012
                              Form ID: pdf006          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2012.
db           +Glendale Associates Ltd.,    21W481 Stone Ave.,    Addison, IL 60101-1414
aty          +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
               Orland Park, IL 60462-3760
16070008     +Chuck Hoffman,    21W481 Stone Ave.,    Addison, IL 60101-1414
16070009     +Fred Hayes,    6634 Cochise Dr.,    La Grange, IL 60525-4306
16070010     +Glendale Electronic,    21W481 Stone Ave.,    Addison, IL 60101-1414
16070011    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60602)
16811547      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
16070012     +Laborers Pension and Welfare Fund,    11465 Cermak Rd.,    Westchester, IL 60154-5771
16762541     +Laborers' Pension and Welfare Funds,    Office of Fund Counsel,
               111 West Jackson Blvd., Suite 1415,    Chicago, IL 60604-3868
16070013     +Patrick Wallace, Chief Counsel,    Laborers Pension and Welfare Fund,    11465 Cermak Rd.,
               Westchester, IL 60154-5771
16070014     +Robert Dilla,    1642 71st St.,    Darien, IL 60561-3614

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16308125      E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:53     Internal Revenue Services,
               Mail Stop 5010 CHI,    230 S Dearborn St,    Chicago IL 60604
16588058      E-mail/Text: cio.bncmail@irs.gov Sep 06 2012 01:57:53     Department of the Treasury,
               Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19101
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski & Grochocinski Ltd
16762538      Laborers Pension Fund
16762539      Laborers Welfare Fund of the Health and Welfare De
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 07, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Sep 05, 2012
                              Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2012 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
          Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Michael J. Davis    on behalf of Debtor  Glendale Associates Ltd. mdavis@springerbrown.com,
           davislaw80@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Patrick T. Wallace    on behalf of Creditor  Laborers' Pension Fund wallace.patrick@gmail.com,
           fundcounsel@gmail.com
                                                                                                      TOTAL: 7

Case 10-39006   Doc 41   Filed 09/05/12   Entered 09/07/12 23:47:41   Desc Imaged
Certificate of Notice   Page 6 of 6