UNITED STATES BANKRUPTCY COURT1
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-39006-DRC |
| | § | |
| GLENDALE ASSOCIATES LTD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $13,147.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $22,571.75 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $7,905.48 | | |

3) Total gross receipts of $30,477.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $30,477.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,905.48 | $7,905.48 | $7,905.48 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $2,199.71 | $2,199.71 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $563,335.18 | $563,335.18 | $22,571.75 |
| **Total Disbursements** | NA | $573,440.37 | $573,440.37 | $30,477.23 |

4). This case was originally filed under chapter 7 on 08/31/2010. The case was pending for -1327 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/06/2012          By:  /s/ David E. Grochocinski
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| CHASE BANK | 1129-000 | $30,473.56 |
| Interest Earned | 1270-000 | $3.67 |
| **TOTAL GROSS RECEIPTS** | | **$30,477.23** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $3,797.72 | $3,797.72 | $3,797.72 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $26.69 | $26.69 | $26.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $20.07 | $20.07 | $20.07 |
| Green Bank | 2600-000 | NA | $227.20 | $227.20 | $227.20 |
| The Bank of New York Mellon | 2600-000 | NA | $443.45 | $443.45 | $443.45 |
| INNOVALAW, PC, Attorney for Trustee | 3110-000 | NA | $1,447.50 | $1,447.50 | $1,447.50 |
| INNOVALAW, PC, Attorney for Trustee | 3120-000 | NA | $40.35 | $40.35 | $40.35 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | NA | $1,902.50 | $1,902.50 | $1,902.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,905.48 | $7,905.48 | $7,905.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois Department of Revenue | 5800-000 | NA | $2,199.71 | $2,199.71 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,199.71 | $2,199.71 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of the Treasury | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | Laborers' Pension and Welfare Funds | 7100-000 | NA | $563,335.18 | $563,335.18 | $22,571.75 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $563,335.18 | $563,335.18 | $22,571.75 |

Page No:   1                    Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 10-39006-DRC
Case Name: GLENDALE ASSOCIATES, LTD
For the Period Ending: 11/6/2012

Trustee Name: David E. Grochocinski
Date Filed (f) or Converted (c): 08/31/2010 (f)
§341(a) Meeting Date: 11/02/2010
Claims Bar Date: 02/04/2011

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | CHASE BANK | $28,543.44 | $28,543.44 | | $30,473.56 | FA |
| 2 | ACCOUNTS RECEIVABLE | $11,647.00 | $11,647.00 | | $0.00 | FA |
| 3 | 1999 DODGE VAN | $1,500.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $3.67 | Unknown |
| | TOTALS (Excluding unknown value) | $41,690.44 | $40,190.44 | | $30,477.23 | $0.00 |

Gross Value of Remaining Assets

**Major Activities affecting case closing:**
CLEARED BANK ACCOUNT; A/R INVESTIGATIONS TO DETERMINE IF OTHER FUNDS ARE DUE; WAITING FOR RETURNS; FINAL HEARING SET FOR 10/12/12

Initial Projected Date Of Final Report (TFR):   06/30/2012          Current Projected Date Of Final Report (TFR):   09/30/2012          /s/ DAVID E. GROCHOCINSKI
                                                                                                                                           DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1    Exhibit 9

| Case No. | 10-39006-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | GLENDALE ASSOCIATES, LTD | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | | Money Market Acct #: | ******0665 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/31/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2010 | (1) | GLENDALE ASSOCIATES LTD | TURNOVER OF BANK ACCOUNT | 1129-000 | $30,473.56 | | $30,473.56 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.21 | | $30,473.77 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,474.02 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,474.27 |
| 02/15/2011 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-39006, Bond#016026455 | 2300-000 | | $20.07 | $30,454.20 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.23 | | $30,454.43 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,454.68 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,454.93 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.18 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.43 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,455.68 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $58.41 | $30,397.27 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,397.52 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $70.80 | $30,326.72 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($2.09) | $30,328.81 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,329.05 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $62.32 | $30,266.73 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,266.98 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $60.12 | $30,206.86 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,207.10 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $66.21 | $30,140.89 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,141.14 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $61.93 | $30,079.21 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $30,079.46 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $65.75 | $30,013.71 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $30,013.71 | $0.00 |
| | | | | SUBTOTALS | $30,477.23 | $30,477.23 | |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 10-39006-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | Money Market Acct #: | ******0665 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/31/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $30,477.23 | $30,477.23 |
| **Less: Bank transfers/CDs** | $0.00 | $30,013.71 |
| **Subtotal** | $30,477.23 | $463.52 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $30,477.23 | $463.52 |

**For the period of 8/31/2010 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $463.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $463.52 |
| Total Internal/Transfer Disbursements: | $30,013.71 |

**For the entire history of the account between 11/04/2010 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $463.52 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $463.52 |
| Total Internal/Transfer Disbursements: | $30,013.71 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3      Exhibit 9

| Case No. | 10-39006-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | GLENDALE ASSOCIATES, LTD | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******4826 | | | Checking Acct #: | ******0666 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 8/31/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 |
| **Subtotal** | $0.00 | $0.00 |
| **Less: Payments to debtors** | | $0.00 |
| **Net** | $0.00 | $0.00 |

**For the period of 8/31/2010 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/04/2010 to 11/6/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 10-39006-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | GLENDALE ASSOCIATES, LTD | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4826 | | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 8/31/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $30,013.71 | | $30,013.71 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $26.69 | $29,987.02 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.91 | $29,951.11 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $49.89 | $29,901.22 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $45.13 | $29,856.09 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.17 | $29,807.92 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.10 | $29,759.82 |
| 10/12/2012 | 5002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $3,797.72 | $25,962.10 |
| 10/12/2012 | 5003 | INNOVALAW, PC | Distribution on Claim #: ; | 3110-000 | | $1,447.50 | $24,514.60 |
| 10/12/2012 | 5004 | INNOVALAW, PC | Distribution on Claim #: ; | 3120-000 | | $40.35 | $24,474.25 |
| 10/12/2012 | 5005 | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC | Distribution on Claim #: ; | 3410-000 | | $1,902.50 | $22,571.75 |
| 10/12/2012 | 5006 | Illinois Department of Revenue | Distribution on Claim #: 3; | 5800-000 | | $2,199.71 | $20,372.04 |
| 10/12/2012 | 5007 | Laborers' Pension and Welfare Funds | Distribution on Claim #: 2; | 7100-000 | | $20,372.04 | $0.00 |
| 10/22/2012 | 5006 | VOID: Illinois Department of Revenue | | 5800-003 | | ($2,199.71) | $2,199.71 |
| 10/22/2012 | 5008 | Laborers' Pension and Welfare Funds | ILLINOIS DEPT OF REVENUE W/D CLAIM; AVAILABLE FUNDS DUE TO CLAIM #2 | 7100-000 | | $2,199.71 | $0.00 |

SUBTOTALS $30,013.71 $30,013.71

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | |
|---|---|
| Case No. | 10-39006-DRC |
| Case Name: | GLENDALE ASSOCIATES, LTD |
| Primary Taxpayer ID #: | ******4826 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/31/2010 |
| For Period Ending: | 11/6/2012 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******0601 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $30,013.71 | $30,013.71 |
| Less: Bank transfers/CDs | $30,013.71 | $0.00 |
| Subtotal | $0.00 | $30,013.71 |
| Less: Payments to debtors | $0.00 | $0.00 |
| Net | $0.00 | $30,013.71 |

For the period of 8/31/2010 to 11/6/2012

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $30,013.71 |
| | |
| Total Compensable Disbursements: | $30,013.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,013.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 02/07/2012 to 11/6/2012

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $30,013.71 |
| | |
| Total Compensable Disbursements: | $30,013.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,013.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 10-39006-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | GLENDALE ASSOCIATES, LTD | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******4826 | | Checking Acct #: | ******0601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/31/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/6/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $30,477.23 | $30,477.23 | $0.00 |

For the period of **8/31/2010 to 11/6/2012**

| Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $30,013.71 |

| Total Compensable Disbursements: | $30,477.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,477.23 |
| Total Internal/Transfer Disbursements: | $30,013.71 |

For the entire history of the case between **08/31/2010 to 11/6/2012**

| Total Compensable Receipts: | $30,477.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,477.23 |
| Total Internal/Transfer Receipts: | $30,013.71 |

| Total Compensable Disbursements: | $30,477.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,477.23 |
| Total Internal/Transfer Disbursements: | $30,013.71 |

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI